IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION
AT ALBANY, GEORGIA



# MINUTE SHEET MOTION HEARING

Date:   March 18, 2022                             Court Time for MJSTAR:/JS10: 3/09

Judge:  **LESLIE A. GARDNER**                      Court Reporter:  Mindy Martin

Courtroom Deputy:  Felicia Rushing                 Law Clerk:  Justin Van Orsdol

**Case Number:  1:19-cv-00122-LAG**

DEMETRIUS RASHARD LUKE                             Counsel:  JAMES NORMAN FINKELSTEIN
                                                             HOWARD J STILLER

v.

JAMEEL H. GULLEY                                   Counsel:  SUN S CHOY
                                                             PRESTON WILLIAMS EHLERS

Agents:/Experts in Attendance:

*DISCLAIMER:  CONTENTS OF THIS MINUTE SHEET ARE FOR ADMINISTRATIVE PURPOSES ONLY AND ARE NOT MEANT AS A SUBSTITUTION FOR THE   OFFICIAL COURT RECORD.  ATTORNEYS SHOULD CONTACT THE COURT REPORTER AND ORDER A TRANSCRIPT IF THERE ARE ANY QUESTIONS AS TO THE CONTENTS HEREIN.*

---

10:17   Call to order.  Case called.  Parties identified. Preliminary remarks by the Court.
        Discussion re:  Motion Notice of Alleged Specific Acts (Doc. 132).
        The Court made findings and **DENIED as moot** motion.
        Defendant made oral motion to renew previously ruled on motion to quash subpoenas (Doc. 131) for subpoenas that were served again on Defendant Gulley and Mayor Dorough yesterday, March 17, 2022.  The Court made findings and **GRANTED** oral motions to quash.
10:36   Mayor Dorough excused.  Defense counsel tendered witness fee to Plaintiff counsel.
        Discussion re:  Motion for Sanctions (Doc. 98).  Defendant made arguments.
10:44   Defendant's Exhibits at Doc. 98.1 – Doc. 98.5 admitted over objections.  Defendant rested.
        Witness Gregory Edwards called and sworn.  Direct examination.
10:56   Witness excused.  Witness Sun Choy called and sworn.  Direct examination
        Plaintiff's Exhibit at Doc. 73.3 admitted **UNDER SEAL**.  Direct continued.
12:29   Recessed.
12:52   Resumed.  Direct continued.
1:32    Closing arguments.
1:44    The Court made findings and **GRANTED** Motion for Sanctions (Doc. 98).
1:49    Concluded.